

# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

March 31, 2026

Via ECF

Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

REQUEST GRANTED.
The Sentencing hearing previously set for April 9, 2026 is rescheduled to April 28, 2026 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

4/2/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    USA vs Anthony Castillo, *et al.*
Indictment 24-cr-417

Dear Judge Liman:

Anthony Castillo is scheduled to be sentenced on April 9, 2026.

With the consent of the Government, I am respectfully requesting that Mr. Castillo's sentencing be adjourned for at least two weeks because the review of the trial transcript of co-defendant Brian Hernandez may obviate the need for a *Fatico* hearing. Additionally, I am scheduled to be out of town on April 9, 2026 due to the fact I inadvertently booked a short vacation not realizing that Mr. Castillo's sentencing was scheduled for April 9th.

Your Honor's granting of this request would be greatly appreciated.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc:    Anthony Castillo (via regular mail)