

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2026

**BY ECF**

REQUEST GRANTED.
The Sentencing hearing scheduled for April 28, 2026 will begin at 1:30PM in Courtroom 15C at the 500 Pearl Street Courthouse.

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

4/20/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

> Re:    *United States v. Anthony Castillo*, 24 Cr. 417 (LJL)

Dear Judge Liman:

The Government writes to respectfully request that the defendant's sentencing, currently set for 2:00 p.m. on April 28, 2026 be rescheduled for 12:00 p.m. on that same day. This request is to accommodate the schedule of undersigned Government counsel, who has been on this case since its inception but as a multi-defendant status conference scheduled before the Honorable Sidney H. Stein at 2:30 p.m. on April 28. I understand from correspondence that both the Court and defense counsel are available at 12:00 p.m., and that the defense consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Frank J. Balsamello / Brandon Harper
Assistant United States Attorneys
(212) 637-2325 / -2209

cc: Thomas Ambrosio, Esq. (by ECF)